UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 06-14108-CV-GRAHAM

DONALD S. BALDWIN,

    Petitioner,

vs.

FLORIDA DEPT. OF CORRECTIONS,

    Respondent.

_____/

**CLOSED
CIVIL
CASE**

## ORDER

**THIS CAUSE** comes before the Court upon remand from the Eleventh Circuit Court of Appeals [D.E. 47].

Briefly, this Court previously adopted a Report and Recommendation [D.E. 22], which recommended that the petition be dismissed on the merits in the interest of judicial economy. Petitioner appealed and the Eleventh Circuit remanded with instructions that the case be transferred to the Middle District of Florida, the district wherein the Petitioner was convicted and sentenced. Based on the remand, the Magistrate Judge has issued a supplemental report [D.E. 45], wherein the Magistrate Judge recommends that the Court either transfer the case to the Middle District of Florida or exercise jurisdiction now that the Petitioner is currently confined in the Southern District of Florida. Petitioner has filed objections and insists that the case be transferred to the Middle District of Florida [D.E. 48].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 45] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Clerk of the Court is directed to transfer this action forthwith to the District Court for the Middle District of Florida. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** for administrative purposes, and all pending motions are **DENIED**, as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of September, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE


cc:  Counsel of Record
     Donald S. Baldwin, <u>Pro Se</u>

2